**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

United States of America,
        Plaintiff

Case No. 12-13155
Hon. Patrick J. Duggan

-v-

Karalyn Hill aka Karalyn James aka Karalyn Fuqua,
        Defendant

_____

**ORDER PERMITTING SERVICE OF PROCESS BY SUBSTITUTED MEANS**
_____

The plaintiff has filed a petition for an order permitting substituted service of process and an affidavit by a process server reciting the unsuccessful attempts at service of the summons and compliant. The court finds that service of process cannot reasonably be made in a manner set forth under Michigan law, and that the substitute means requested reasonably are calculated to give the defendant actual notice of the proceedings and an opportunity to be heard. *See* Fed. R. Civ. P. 4(e)(1); Mich. Ct. R. 2.105(I)(1).

Accordingly, it is ORDERED that the plaintiff's petition for order permitting substitute service of process [dkt # 3] is GRANTED.

It is ORDERED that the plaintiff may serve the defendant, Karalyn Hill aka Karalyn James aka Karalyn Fuqua, with the summons and a copy of the complaint by:

(A) Posting a copy thereof, along with a copy of this petition and order for substituted service of process, at the defendant's residence at: 36775 Mckinney, Apt. 302, Westland, Michigan 48185;

(B) Mailing a copy of the same by certified mail (return receipt requested) to the defendant's residence noted above; and

(C) Mailing a copy of the same by first class mail to the defendant's residence noted above

The plaintiff shall file a certificate confirming service as provided herein.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

DI hereby certify that a copy of the foregoing document was served upon counsel of record on Tuesday, November 06, 2012, by electronic and or ordinary mail.

s/Marilyn Orem
Case Manager
Dated: November 6, 2012